Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA CHECK CASHING STORES, LLC dba CALIFORNIA CHECK CASHING, et al.,<br><br>    Defendants. | No. 3:17-cv-06141-JST<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, California Check Cashing Stores, LLC dba California Check Cashing; and Genirberg Family, LLC, dba The Genirberg Family Limited Partnership ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA

access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before February 8, 2018 (Dkt. 4).

3. Counsel for Defendants are unavailable to conduct the joint site inspection prior to the February 8, 2018 deadline.

4. The Parties have agreed to conduct the joint site inspection on February 13, 2018 at 10:00 a.m. unless a settlement is reached prior to that date.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to February 13, 2018.

**IT IS SO STIPULATED.**

Dated: January 29, 2018         MISSION LAW FIRM, A.P.C.

                                */s/ Zachary M. Best*
                                Zachary M. Best
                                Attorney for Plaintiff,
                                Francisca Moralez

Dated: January 29, 2018         OGLETREE, DEAKINS, NASH, SMOAK &
                                STEWART, P.C.

                                */s/ Anthony J. Decristoforo*
                                Anthony J. Decristoforo
                                Attorneys for Defendant,
                                California Check Cashing Stores, LLC
                                dba California Check Cashing

Dated: January 29, 2018         FERBER LAW

                                */s/ James B. Wickersham*
                                James B. Wickersham
                                Attorneys for Defendant,
                                Genirberg Family, LLC, dba The Genirberg
                                Family Limited Partnership

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Francisca Moralez

**[PROPOSED] ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to February 13, 2018, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: January 30, 2018

United States District Judge