1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@mission.legal

5  Attorney for Plaintiff,
   Francisca Moralez
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10 FRANCISCA MORALEZ,                    )   No. 3:17-cv-06141-JST
                                         )
11         Plaintiff,                    )
                                         )   **SECOND STIPULATION TO EXTEND**
12     vs.                               )   **DEADLINE TO COMPLETE JOINT SITE**
                                         )   **INSPECTION REQUIRED BY GENERAL**
13 CALIFORNIA CHECK CASHING STORES,      )   **ORDER 56;** ~~[PROPOSED]~~ **ORDER**
   LLC dba CALIFORNIA CHECK CASHING,     )
14 et al.,                               )
                                         )
15         Defendants.                   )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18 _____ )

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION
REQUIRED BY GENERAL ORDER 56; ~~[PROPOSED]~~ ORDER

Page 1

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, California Check Cashing Stores, LLC dba California Check Cashing; and Genirberg Family, LLC, dba The Genirberg Family Limited Partnership ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1.     This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2.     The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before February 8, 2018 (Dkt. 4); thereafter, the Parties requested an extension and were given until February 13, 2018 (Dkt. 19).

3.     The Parties are engaging in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to attending the joint site inspection while settlement efforts are being exhausted. The Parties appear to be near settlement.

4.     The Parties have agreed to conduct the joint site inspection on March 2, 2018 at 10:30 a.m. unless a settlement is reached prior to that date.

5.     Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to March 2, 2018.

**IT IS SO STIPULATED.**


Dated: February 12, 2018                    MISSION LAW FIRM, A.P.C.


                                            */s/ Zachary M. Best*
                                            Zachary M. Best
                                            Attorney for Plaintiff,
                                            Francisca Moralez

Dated: February 12, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony J. Decristoforo*
Anthony J. Decristoforo
Attorneys for Defendant,
California Check Cashing Stores, LLC
dba California Check Cashing

Dated: February 12, 2018

FERBER LAW

*/s/ James B. Wickersham*
James B. Wickersham
Attorneys for Defendant,
Genirberg Family, LLC, dba The Genirberg
Family Limited Partnership

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Francisca Moralez

## [PROPOSED] ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to March 2, 2018, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: February 14, 2018

_____
United States District Judge