ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA  95814
Telephone:     916.840.3150
Facsimile:     916.840.3159

Attorneys for Defendants CALIFORNIA
CHECK CASHING STORES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ | Case No. 3:17-CV-06141-JST |
| Plaintiff, | |
| v. | **THIRD STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |
| CALIFORNIA CHECK CASHING STORES, LLC dba CALIFORNIA CHECK CASHING; GENIRBERG FAMILY, LLC, dba THE GENIRBERG FAMILY LIMITED PARTNERSHIP, | |
| Defendants. | Complaint Filed:  October 26, 2017<br>Trial Date:        None Set |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, California Check Cashing Stores, LLC dba California Check Cashing; and Genirberg Family, LLC, dba The Genirberg Family Limited Partnership ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1.      This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

33160490_1.docx

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before February 8, 2018 (Dkt. 4); thereafter, the Parties requested an extension and were given until February 13, 2018 (Dkt. 19); thereafter, the Parties requested a second extension and were given until March 2, 2018 (Dkt. 21).

3. The Parties are engaging in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to attending the joint site inspection while settlement efforts are being exhausted. The Plaintiff and the landlord defendant (Genirberg Family, LLC) have tentatively reached a resolution.

4. The Parties have agreed to conduct the joint site inspection on March 16, 2018 at 10:30 a.m. unless a settlement is reached prior to that date.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to March 16, 2018.

**IT IS SO STIPULATED.**

DATED: March 1, 2018                    MISSION LAW FIRM, A.P.C.


By:  */s/ Zachary M. Best*
     Zachary M. Best
     Attorney for Plaintiff,
     Francisca Moralez

DATED: March 1, 2018                    OGLETREE, DEAKINS, NASH, SMOAK
                                        & STEWART, P.C.


By:  */s/ Anthony J. DeCristoforo*
     Anthony J. DeCristoforo
     Attorneys for Defendants CALIFORNIA
     CHECK CASHING STORES, LLC

DATED: March 1, 2018                    FERBER LAW


By:  */s/ James B. Wickersham*
     James B. Wickersham
     Attorneys for Defendant,
     Genirberg Family, LLC, dba The Genirberg
     Family Limited Partnership

THIRD STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER

33160490_1.docx

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

DATED: March 1, 2018

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By: */s/ Anthony J. DeCristoforo*
            Anthony J. DeCristoforo
            Attorneys for Defendants CALIFORNIA CHECK CASHING STORES, LLC

**[PROPOSED] ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to ~~March 16~~ April 6, 2018, with all dates triggered by that deadline continued accordingly.

No further extensions will be granted.

**IT IS SO ORDERED**.

Dated: ___March 2, 2018___

_____
United States District Judge

33160490.1

33160490_1.docx