Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

vs.

CALIFORNIA CHECK CASHING STORES, LLC dba CALIFORNIA CHECK CASHING;

    Defendant.

No. 3:17-cv-06141-JST

**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendant, California Check Cashing Stores, LLC dba California Check Cashing ("Defendant," and together with Plaintiff, the "Parties"), the parties remaining in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated November 14, 2018 (Dkt. 41) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendant, the product of undue delay, proposed in bad faith, or futile.

//

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: November 29, 2018      MOORE LAW FIRM, P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Francisca Moralez

Dated: November 29, 2018      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony J. DeCristoforo*
Anthony J. DeCristoforo
Attorneys for Defendant,
California Check Cashing Stores, LLC
dba California Check Cashing

### SIGNATURE ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Francisca Moralez

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: November 29, 2018

_____
United States District Judge